Matter of McCormack (2024 NY Slip Op 04649)

Matter of McCormack

2024 NY Slip Op 04649

Decided on September 26, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 26, 2024

PM-190-24
[*1]In the Matter of Jody Taliaferro McCormack, an Attorney. (Attorney Registration No. 5790688.)

Calendar Date:September 23, 2024

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ.

Jody Taliaferro McCormack, Bellingham, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jody Taliaferro McCormack was admitted to practice by this Court in 2020 and lists a business address in New Haven, Connecticut with the Office of Court Administration. McCormack now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose McCormack's application.
Upon reading McCormack's affidavit sworn to July 29, 2024 and filed August 5, 2024, and upon reading the September 18, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that McCormack is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ., concur.
ORDERED that Jody Taliaferro McCormack's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Jody Taliaferro McCormack's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jody Taliaferro McCormack is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and McCormack is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jody Taliaferro McCormack shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.